

#16-CR-13
USA v. Brandon Loyd

To whom it may concern

I've known Brandon since birth he was the oldest of five children, so he was always caring for them alot of responsibility was always placed on his shoulders at a young age. As he got older and started to realize he needed to do something with his life he chose the Marines, and with me being a former Marine I was proud he made the right choice and happy he was getting out of the city. Right now Brandon would be getting out the service or re-enlisting, his actions not only changed his life but also his daughter. Once he gets his life on the right track, gets get released he will be a father to his daughter and a young man ready to live and work within society.

Marcus Dowell
12-17-18

#16-CR-13
USA V. BRANDON LOYD

To whom it may concern,

My name is Danielle 40yrs old. I'm Brandon Loyd older cousin. I've known Brandon Loyd his whole life. Very smart and talented young man. He attend Olmstead High School. Where you have to take a test. And kind of high. He loved to ride skate boards. He had a bright future in going into the Marine Corps. Once he graduated from high school. About maybe a year before Brandon was eligible. The area that Brandon had moved to. Brandon had started getting bullied. He started hanging + entertaining the wrong people. That wasn't so positive. I speak with Brandon all the time. Regarding his actions. Brandon always expresses to me. That he regrets doing what he did. And that he's truely sorry. And that he understands he must face the consequences. For his actions. He plans on getting his GED while he's incarcerated. So when he gets out of jail. He can finish school and get a job. I ask Judge to have some leniency when sentencing Bran

Sincerely yours
Thank you
Danielle Vaden

#16-CR-13
USA v. BRANDON LOYD.

To Whom it me concern
   This letter is in regureguards to Brandon Loyd which is my grandson my name is Donna Loyd-Outling he is the third child of Duane Loyd he was raised in a loving caring family he was not always in trouble with the law he did some sports but his main focus was music he was into rapping which he was very good he had a baby girl while he was in jail and he hasn't seen or spent any time to know her because of him incarstated he also had a future in the army before this happened which he has a brother that was in the army and also a uncle that was statemin London and was inchargeing him to go into the services he is not a bad person he just got turned the wrong way in a young life so in saying this take in count of his sentencing. thank you for your time

Yours truly
Donna Loyd-Outling