EMERGENCY PRO SE
COMPASSIONATE RELEASE
MOTION

*[FILED JUL 14 2021 — UNITED STATES DISTRICT COURT, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]*

7/7/21

Dear Honorable Judge Richard Arcara,

I am writing this pro se letter motion to you in regards to compassionate release. I am currently housed at FCI Berlin. An institution that suffered a massive Covid-19 out break. At the time of the Out break roughly 1/3 of the intire population here was infected. Now the Bop boast claims, that they have implemented such good measures to combat covid-19, but time and time again it has been proven that either these measures that the Bop claim to have in place are not enough or that covid is just to resailant for the said measures. This is the 3rd out break to happen at my institution, and with each out break the numbers rise dramatically. The prison setting just doesn't allow for one to social distance and properly sanitize. You have 128 people living in an area the size of a 2 family home useing 6 phones 6 computers and 12 showers. If one person contracts the

virus everyone will contract the virus. This was proven in the latest out break. where everyone but 5 people in my entire unit tested positive. The spread of the virus was so lucrative that it spread to other units through the ventilation system. So even if the jail is locked down and direct contact is limited. There is no way to stop the flow of air. Having contracted the virus, I can say that Covid is the worst ive ever felt in my life. The feeling of suffication and fluid build up, the pain of every single breathe is a feeling I wouldn't wish on my worst enemy. My body still doesn't feel normal from covid. It is a fact that a person can contract covid more than once, and many people have died the second time they got Covid. I don't wish to be one of those people. I am obese I have asthma and I have to take a daily staroid inhaler for it. I'm pre diabedic, and as of recently I have been having issues with my blood pressure. Your Honor no matter what

the BOP may say, it is clear that I am at a much greater risk to have severe complications with covid than a normal person. And not only does the jail but the local hospital lacks the ability to care for me in the event that complications arise. In previous motions the government said I was safer in prison and I wouldn't contract covid in jail. Well that has been proven false because not only did I catch covid but about 40% of all the other inmates in my institution catch covid. I am currently only 8 months to my full term release date. I am also supposed to be released to the halfway house september 22nd. I am not a danger to the community. I committed a crime as a teenager and I except that what I did was wrong. But now I am a 25 year old man. My mind set is 100% different than it was back then. I have a child a family to help me

and keep me on the stright and narrow. My wife has jobs lined up for me. I have a home at 31 Slate Creek Drive apt 4 Cheektowaga NY which is a positive enviornment. I have certifications and skills that I didn't have before to help me get a job. I have everything in place to be successful. But my greatest fear at this moment is getting sick again. I happened once and can happen again. And The Bop has proven that it can't protect me from Covid if anything it places me at higher risk. So your honor I'm asking that you please consider this when making your choice. Please allow me to make it to my family because now that possibility has become shakey if I stay in prison. And even if you don't grant me Compassionate release. Can you consider I finish my sentence on home confinment or finish the 8 months I have left in the halfway house. I thank you for your time and look forward to your response

Sincerly

Brandon Loyd # 25250055

Brandon Loyd # 25250055
Federal Correctional Institution
P.O. Box 9000
Berlin, NH 03570

16-CR-13

Judge Richard Arcara
Robert H. Jackson Court House
2 Niagara Square Room 235
Buffalo, New York 14202

USDC-WDNY
JUL 14 2021
BUFFALO

WHITE RIVER JUNCTION VT 050
08 JUL 2021 PM