UNITED STATES DISTRICT COURT
FILED
MAR 17 2022
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

3/6/22

Dear Judge Arcara,

I would like to withdraw all motions that I have pending in front of the courts please. I appreciate your time

Sincerly

Brandon Loyd # 25250055

Brandon loyd # 95850055
NEOCC
2240 @ Hubbard Rd
Youngstown, OH 44505

25956-055  15 MAR 2022 PM 7 L
CLEVELAND OH 440

1:cr13

Judge Arcara
United States Court house
2 Niagara Sq
Buffalo, NY 14202

USDC-WDNY
MAR 17 2022
BUFFALO

i4:20555-20241